IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER PONZINI and MARYEM BARBAROS, as Co-Administrators of the Estate of MUMUN BARBAROS, Deceased, | : : : : : |
| Plaintiffs, | : |
| v. | : 3:11-CV-00413 |
| | : (JUDGE MARIANI) |
| MONROE COUNTY, et al., | : : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 14TH DAY OF FEBRUARY, 2014**, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant William Buffton's Motion to Dismiss (Doc. 82) is **GRANTED**.

2. Defendant Buffton is **DISMISSED WITHOUT PREJUDICE** as a party to this action.

_____
Robert D. Mariani
United States District Judge