# Gay Chacker & Mittin
## ATTORNEYS AT LAW

**EDWARD F. CHACKER*** 
**NEIL I. MITTIN*** 
**BRIAN S. CHACKER**** 

**CENTER CITY OFFICE** 
1731 Spring Garden Street 
Philadelphia, PA. 19130-3915 
(215) 567-7955 FAX (215) 567-6809 

**NORTHEAST OFFICE** 
1726 Welsh Rd – First Floor 
Philadelphia, PA. 19115 

* Member PA Bar Only 
** Member PA & NJ. Bars 

Reply to Center City Office

August 14, 2014

The Honorable Robert D. Mariani 
U.S. District Court 
Middle District of Pennsylvania 
PO Box 1148 
235 N. Washington Avenue 
Scranton, PA 18501-1148

RE:   *Est.* of Mumun Barbaros v. Monroe County, et al. 
      U.S.D.c. for the Middle District, Docket No. : 3:11-CV-413

Dear Judge Mariani,

I represent the plaintiff, *Est.* of Mumun Barbaros, in the above matter. On June 18, 2014 plaintiff's counsel forward to defendant, Monroe County Supplemental Interrogatories. On August 6, 2014, although defendant Monroe County produced to plaintiff replies to the Interrogatories they were incomplete.

As Your Honor is aware, the discovery deadline in this matter is approaching on August 29, 2014 and we will like to resolve any discovery dispute within this time frame. Accordingly, plaintiff respectfully requests a telephone conference to address this discovery issue.

If You Honor has any questions or requires any additional information, please do not hesitate to contact me. Thank you.

Respectfully,

Brian S. Chacker

BSC/kr

cc:   Gerard J. Geiger, Esq (Via email: ggeiger@newmanwilliams.com) 
      John R. Hill, Esq (Via email: jrh@theperrylawfirm.com) 
      John Ninosky, Esq (via email: jrn@jdsw.com)

www.GAYCHACKERMITTIN.com 
bchacker@gaychackermittin.net