IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI and
MARYEM BARBAROS, as
Co-Administrators of the Estate of
MUMUN BARBAROS, Deceased,

    Plaintiffs,

v.                     3:11-CV-00413
                      (JUDGE MARIANI)

MONROE COUNTY, et al.,

    Defendants.

## ORDER

AND NOW, THIS 31st DAY OF AUGUST, 2015, upon consideration of the PrimeCare Defendants' Motion for Summary Judgment and Supplemental Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. The PrimeCare Defendants' Motions (Doc. 124 and Doc. 160) are **DENIED**.

2. Plaintiffs' claim for Intentional Infliction of Emotional Distress (Count II) is **DISMISSED** as to the individual PrimeCare Defendants.

Robert D. Mariani
United States District Judge