IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI and
MARYEM BARBAROS, as
Co-Administrators of the Estate of
MUMUN BARBAROS, Deceased,

    Plaintiffs,

v.

MONROE COUNTY, et al.,

    Defendants.

3:11-CV-00413
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 31st DAY OF AUGUST, 2015, upon consideration of Defendant Thomas's Motion for Partial Summary Judgment and Supplemental Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. Defendant Thomas's Motions (Doc. 121 and Doc. 157) are **DENIED**.

2. Plaintiffs' claim for Intentional Infliction of Emotional Distress (Count II) is **DISMISSED** as to Defendant Thomas.

Robert D. Mariani
United States District Judge