IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI and
MARYEM BARBAROS, as
Co-Administrators of the Estate of
MUMUN BARBAROS, Deceased,

    Plaintiffs,

v.      3:11-CV-00413
    (JUDGE MARIANI)

MONROE COUNTY, et al.,

    Defendants.

## ORDER

AND NOW, THIS 31st DAY OF AUGUST, 2015, upon consideration of the Monroe County Defendants' Motion for Summary Judgment and Supplemental Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. The Monroe County Defendants' Motions (Doc. 127 and Doc. 154) are **GRANTED IN PART AND DENIED IN PART**, to wit:

    a. With respect to Plaintiffs' claims under § 1983:

    i. The Motions are **DENIED** as to Monroe County.

    ii. The Motions are **GRANTED** as to Defendant Donna Asure.

    iii. The Motions are **GRANTED** as to Defendant Gary Haidle.

    iv. The Motions are **GRANTED** as to Defendants Rich Cuth, James Parker, Robert Overfield, Gary Mowery, Norma Elmore, and Erin Devers.

b. With respect to Plaintiffs' state law claims for negligence, wrongful death, and survival, the Motions are **GRANTED** as to Defendants Monroe County, Donna Asure, Gary Haidle, Rich Cuth, James Parker, Robert Overfield, Gary Mowery, Norma Elmore, and Erin Devers.

c. With respect to Plaintiffs' state law claims for intentional infliction of emotional distress and conspiracy, the Motions are **GRANTED** as to Defendants Donna Asure, Gary Haidle, Rich Cuth, James Parker, Robert Overfield, Gary Mowery, Norma Elmore, and Erin Devers.

2. The six John Doe Defendants listed in Plaintiffs' Amended Complaint (Doc. 43) are **DISMISSED**.

Robert D. Mariani
United States District Judge