THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI, ESQUIRE and
MIRYEM BARBAROS, as
Co-Administrators of the Estate of
Mumun Barbaros, Deceased,

      Plaintiffs,

v.                                   3:11-CV-00413
                                      (JUDGE MARIANI)

MONROE COUNTY, et al.,

      Defendants.

## ORDER

AND NOW, THIS 24th DAY OF AUGUST, 2016, upon consideration of the Defendants' Motions in Limine, (Docs. 203, 228), and all documents filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Joint Motion in Limine to Preclude Plaintiffs from Offering Photographs of Mumun Barbaros' Dead Body at Time of Trial, (Doc. 205), is **DENIED.**

2. Defendants' Joint Motion in Limine to Preclude the Introduction of Any Death Scene and/or Autopsy Photographs of Mumun Barbaros, (Doc. 223), is **DENIED.**

3. The Court reserves ruling on whether introduction of all of the photographs (many of which are graphically similar) should be excluded to the extent that

they are so cumulative that their probative value is diminished by their repetitive representations.

_____
Robert D. Mariani
United States District Judge