THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI, ESQUIRE and :
MIRYEM BARBAROS, as :
Co-Administrators of the Estate of :
Mumun Barbaros, Deceased, :
                                               :
              Plaintiffs, :
      v.                                      :      3:11-CV-00413
                                               :      (JUDGE MARIANI)
MONROE COUNTY, et al., :
                                               :
              Defendants. :

## ORDER

AND NOW, THIS $23RD$ DAY OF AUGUST, 2016, upon consideration of the

parties' Motions in Limine, (Docs. 203, 228), and all documents filed in support and in

opposition to the motion, **IT IS HEREBY ORDERED THAT**:

1.  Defendants' Joint Motion in Limine to Permit Evidence Concerning or

    Reasonably Relating to the Criminal Charges Issued Against Plaintiffs'

    Decedent, Mumun Barbaros, (Doc. 203), is **DENIED.**

2.  Plaintiffs' Motion in Limine to Preclude From Trial any Reference to Specific

    Crimes Decedent Mumun Barbaros Was Alleged to Have Committed, His

    Religious Faith of Islamic Muslim, and the Impact any Speculative Conviction

    Could Have on Plaintiffs' Damages, (Doc. 228), is **GRANTED.**

Robert D. Mariani
United States District Judge