# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI, ESQUIRE and  
MIRYEM BARBAROS, as  
Co-Administrators of the Estate of  
Mumun Barbaros, Deceased,

      Plaintiffs,

v.

MONROE COUNTY, et al.,

      Defendants.

3:11-CV-00413  
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 23RD DAY OF AUGUST, 2016**, upon consideration of the Defendants' Motions in Limine, (Docs. 207, 215, 242), and all documents filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Joint Motion in Limine to Preclude Plaintiffs from Asserting a Claim for Solatium Damages, (Doc. 207), is **GRANTED IN PART and DENIED IN PART** as set forth in the Court's accompanying memorandum opinion.

2. The PrimeCare Medical Defendants' Motion in Limine to Preclude Argument That Plaintiffs May Recover Punitive Damages, (Doc. 215), is **DENIED**.

3. Defendant Dr. Thomas's Motion in Limine to Preclude Argument that Plaintiffs May Recover Punitive Damages, (Doc. 242), is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge