THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI, ESQUIRE and
MIRYEM BARBAROS, as
Co-Administrators of the Estate of
Mumun Barbaros, Deceased,

   Plaintiffs,
v.

MONROE COUNTY, et al.,

   Defendants.

3:11-CV-00413
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 25th DAY OF AUGUST, 2016, upon consideration of the parties' Motions in Limine, (Docs. 209, 216, 219, 229, 231), and all documents filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Joint Motion in Limine to Limit Plaintiffs' Expert, Kathryn J. Wild, RN, MPA, CCHP, from Offering Certain Expert Testimony, (Doc. 209), and Defendants' Joint Motion in Limine to Preclude Plaintiffs' Expert Opinions of Kathryn J. Wild, (Doc. 219), are **GRANTED IN PART and DENIED IN PART** as set forth in the Court's accompanying memorandum opinion. Nurse Wild may not testify regarding the standard of care or medical causation with respect to Dr. Thomas. Nor may Nurse Wild testify regarding Dr. Thomas' "actions in the context of the general healthcare afforded to Mr. Barbaros during his detention." (Doc. 255, at 1-2). Nurse Wild may, however, offer an

opinion on SSRI Discontinuation Syndrome in connection with her testimony as to what training should have been provided to the nursing staff regarding SSRI Discontinuation Syndrome and the symptoms the nursing staff should have been looking for in the context of treating Mr. Barbaros.

2. The PrimeCare Medical Defendants' Motion in Limine to Preclude Testimony As it Relates to Any Criticisms, Conclusions, or Opinions as to the Sufficiency and Adequacy of William Buffton's Treatment, (Doc. 216), is **DENIED.**

3. Plaintiffs' Motion in Limine to Preclude at Trial Defense Expert Terry Fillman From Offering any Opinion about Jennifer Mroz, Grace Ramos, Alex Thomas, M.D., Wendy Johnson, and Deborah Wilson, D.O. (individuals Not Named in His Report and Deposition) or Any Medical Opinion Regarding Mental Healthcare Provided by William Buffton, (Doc. 229), is **DENIED.**

4. Plaintiffs' Motion in Limine to Preclude Cumulative Expert Testimony, (Doc. 231), is **DENIED WITHOUT PREJUDICE.**

Robert D. Mariani
United States District Judge