**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PETER PONZINI, ESQUIRE and                     :
MIRYEM BARBAROS, as                            :
Co-Administrators of the Estate of             :       No. 3:11-cv-0413
MUMUN BARBAROS, deceased                       :       (Judge Robert D. Mariani)
             Plaintiffs,             :
    v.                                        :
                                       :
PRIMECARE MEDICAL, INC., et al.                :
             Defendants.            :

## SPECIAL VERDICT QUESTIONS

### Defendant Paul James

**Question No. 1**:

Do you find that defendant, Paul James was negligent?

                       Yes ___✓___          No _____

If you answered Question 1 "Yes", proceed to Question 2. If your answer to Question 1 is "No", plaintiffs cannot recover against defendant Paul James and you should proceed to Question 5.

**Question No. 2**:

Was the negligence of Paul James a factual cause in bringing about harm to decedent, Mumun Barbaros?

                       Yes ___✓___          No _____

If you answered Question 2 "Yes", proceed to Question 3. If your answer to Question 2 is "No", plaintiffs cannot recover against defendant Paul James and you should proceed to Question 5.

**<u>Question No. 3</u>**:

Do you find that defendant, Paul James acted with deliberate indifference to Mumun Barbaros' serious medical needs?

Yes ___✓___        No _____

If you answered Question 3 "Yes", proceed to Question 4.  If your answer to Question 3 is "No", proceed to Question 5.

**<u>Question No. 4</u>**:

Was the deliberate indifference of Paul James a factual cause in bringing about harm to decedent,

Mumun Barbaros?

Yes ___✓___        No _____

Proceed to Question 5

## Defendant Patricia Bauer

**Question No. 5**:

Do you find that defendant, Patricia Bauer was negligent?

Yes ___✓___        No _____

If you answered Question 5 "Yes", proceed to Question 6. If your answer to Question 5 is "No", plaintiffs cannot recover against defendant Patricia Bauer and you should proceed to Question 9.

**Question No. 6**:

Was the negligence of Patricia Bauer a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___        No _____

If you answered Question 6 "Yes", proceed to Question 7. If your answer to Question 6 is "No", plaintiffs cannot recover against defendant Patricia Bauer and you should proceed to Question 9.

**Question No. 7**:

Do you find that defendant, Patricia Bauer acted with deliberate indifference to Mumun Barbaros' serious medical needs?

Yes ___✓___        No _____

If you answered Question 7 "Yes", proceed to Question 8. If your answer to Question 7 is "No", proceed to Question 9.

**Question No. 8**:

Was the deliberate indifference of Patricia Bauer a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___        No _____

Proceed to Question 9

## Defendant Nurse Christina Rowe

**Question No. 9**:

Do you find that defendant, Christina Rowe was negligent?

Yes ___✓___          No _____

If you answered Question 9 "Yes", proceed to Question 10.  If your answer to Question 9 is "No", plaintiffs cannot recover against defendant Christina Rowe and you should proceed to Question 13.

**Question No. 10**:

Was the negligence of Christina Rowe a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___          No _____

If you answered Question 10 "Yes", proceed to Question 11.  If your answer to Question 10 is "No", plaintiffs cannot recover against defendant Christina Rowe and you should proceed to Question 13.

**Question No. 11**:

Do you find that defendant, Christina Rowe acted with deliberate indifference to Mumun Barbaros' serious medical needs?

Yes ___✓___          No _____

If you answered Question 11 "Yes", proceed to Question 12.  If your answer to Question 11 is "No", proceed to Question 13.

**Question No. 12**:

Was the deliberate indifference of Christina Rowe a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___          No _____

Proceed to Question 13

## Defendant Healthcare Administrator Wendy Johnson

**Question No. 13**:

Do you find that defendant, Wendy Johnson was negligent?

                                              Yes   ✓            No             

If you answered Question 13 "Yes", proceed to Question 14.  If your answer to Question 13 is "No", plaintiffs cannot recover against defendant Wendy Johnson and you should proceed to Question 17.

**Question No. 14**:

Was the negligence of Wendy Johnson a factual cause in bringing about harm to decedent, Mumun Barbaros?

                                              Yes   ✓            No             

If you answered Question 14 "Yes", proceed to Question 15.  If your answer to Question 14 is "No", plaintiffs cannot recover against defendant Wendy Johnson and you should proceed to Question 17.

**Question No. 15**:

Do you find that defendant, Wendy Johnson acted with deliberate indifference to Mumun Barbaros' serious medical needs?

                                              Yes              No   ✓     

If you answered Question 15 "Yes", proceed to Question 16.  If your answer to Question 15 is "No", proceed to Question 17.

**Question No. 16**:

Was the deliberate indifference of Wendy Johnson a factual cause in bringing about harm to decedent, Mumun Barbaros?

                                              Yes              No   ✓     

Proceed to Question 17

## Defendant Nurse Grace Ramos

**Question No. 17**:

Do you find that defendant, Grace Ramos was negligent?

Yes ___✓___          No _____

If you answered Question 17 "Yes", proceed to Question 18. If your answer to Question 17 is "No", plaintiffs cannot recover against defendant Grace Ramos and you should proceed to Question 21.

**Question No. 18**:

Was the negligence of Grace Ramos a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___          No _____

If you answered Question 18 "Yes", proceed to Question 19. If your answer to Question 18 is "No", plaintiffs cannot recover against defendant Grace Ramos and you should proceed to Question 21.

**Question No. 19**:

Do you find that defendant, Grace Ramos acted with deliberate indifference to Mumun Barbaros' serious medical needs?

Yes ___✓___          No _____

If you answered Question 19 "Yes", proceed to Question 20. If your answer to Question 19 is "No", proceed to Question 21.

**Question No. 20**:

Was the deliberate indifference of Grace Ramos a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___          No _____

Proceed to Question 21

## **Defendant Dr. Alex Thomas**

**Question No. 21**:

Do you find that defendant, Dr. Alex Thomas was negligent?

Yes ___✓___          No _____

If you answered Question 21 "Yes", proceed to Question 22.  If your answer to Question 21 is "No", plaintiffs cannot recover against defendant Alex Thomas and you should proceed to Question 25.

**Question No. 22**:

Was the negligence of Alex Thomas a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___          No _____

If you answered Question 22 "Yes", proceed to Question 23.  If your answer to Question 22 is "No", plaintiffs cannot recover against defendant Alex Thomas and you should proceed to Question 25.

**Question No. 23**:

Do you find that defendant, Alex Thomas acted with deliberate indifference to Mumun Barbaros' serious medical needs?

Yes ___✓___          No _____

If you answered Question 23 "Yes", proceed to Question 24.  If your answer to Question 23 is "No", proceed to Question 25.

**Question No. 24**:

Was the deliberate indifference of Alex Thomas a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___          No _____

Proceed to Question 25

## **William Buffton**

**Question 25**:

Do you find that William Buffton was negligent?

Yes ___✓___          No _____

If you answered Question 25 "Yes", proceed to Question 26.  If your answer to Question 25 is "No", plaintiffs cannot recover against defendant PrimeCare for the acts of William Buffton and you should proceed to Question 27.

## **Question No. 26**:

Was the negligence of William Buffton a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ___✓___          No _____

Proceed to Question 27.

## Defendant PrimeCare Medical, Inc.

**Question No. 27**:

Do you find that defendant, PrimeCare Medical, Inc. was negligent?

Yes ✓          No _____

If you answered Question 27 "Yes", proceed to Question 28. If your answer to Question 27 is "No", proceed to Question 31.

**Question No. 28**:

Was the negligence of PrimeCare Medical, Inc. a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ✓          No _____

If you answered Question 28 "Yes", proceed to Question 29. If your answer to Question 28 is "No", proceed to Question 31.

**Question No. 29**:

Do you find that defendant, PrimeCare Medical, Inc. acted with deliberate indifference to Mumun Barbaros' serious medical needs?

Yes ✓          No _____

If you answered Question 29 "Yes", proceed to Question 30. If your answer to Question 29 is "No", proceed to Question 31.

**Question No. 30**:

Was the deliberate indifference of PrimeCare Medical, Inc. a factual cause in bringing about harm to decedent, Mumun Barbaros?

Yes ✓          No _____

Proceed to 31

**Question No. 31 - Damages Award - Negligence**

Answer this question only if you answered:

> Yes to Questions 1 and 2, or
>
> Yes to Questions 5 and 6, or
>
> Yes to Questions 9 and 10, or
>
> Yes to Questions 13 and 14, or
>
> Yes to Questions 17 and 18, or
>
> Yes to Questions 21 and 22, or
>
> Yes to Questions 25 and 26, or
>
> Yes to Questions 27 and 28.

State the amount of damages you award to the Plaintiffs.

| | |
|---|---|
| Wrongful Death | $ 2,000,000.00 |
| Survival | $ 800,000.00 |
| Total | $ 2,800,000.00 |

If you answered Question 31, proceed to Question 32. If you did not answer Question 31, plaintiffs cannot recover and you should notify the Court Officer.

**Question No. 32**:

Taking the combined negligence that was a factual cause in bringing about the Plaintiffs' harm to be 100%, what percentage of that causal negligence was attributable to the Defendant(s) you found to be negligent?

| | | |
|---|---|---|
| Percentage of harm attributable to Nurse Paul James | % | 4 |
| Percentage of harm attributable to Nurse Patricia Bauer | % | 4 |
| Percentage of harm attributable to Nurse Christina Rowe | % | 4 |
| Percentage of harm attributable to Nurse Grace Ramos | % | 4 |
| Percentage of harm attributable to Health Services Administrator Wendy Johnson | % | 4 |
| Percentage of harm attributable to Alex Thomas, M.D. | % | 20 |
| Percentage of harm attributable to William Buffton | % | 5 |
| Percentage of harm attributable to PrimeCare, Inc. | % | 55 |

TOTAL    100%

Proceed to Question 33.

**Question No. 33 - Damages Award – Federal Deliberate Indifference**

Answer this question only if you answered:

Yes to Questions 3 and 4, or

Yes to Questions 7 and 8, or

Yes to Questions 11 and 12, or

Yes to Questions 15 and 16, or

Yes to Questions 19 and 20, or

Yes to Questions 23 and 24, or

Yes to Questions 29 and 30.

State the amount of damages you award to the Plaintiffs.

$ _1, 057, 344.00_

If you answered Question 33, proceed to Question 34. If you did not answer Question 33, plaintiffs cannot recover for their Federal Deliberate Indifference claim and you should notify the Court Officer.

**Question No. 34**:

Taking the combined deliberate indifference that was a factual cause in bringing about the Plaintiffs' harm to be 100%, what percentage of that deliberate indifference was attributable to the Defendant(s) you found to be deliberately indifferent?

| | |
|---|---|
| Percentage of harm attributable to Nurse Paul James | % 7 |
| Percentage of harm attributable to Nurse Patricia Bauer | % 7 |
| Percentage of harm attributable to Nurse Christina Rowe | % 7 |
| Percentage of harm attributable to Nurse Grace Ramos | % 7 |
| Percentage of harm attributable to Health Services Administrator Wendy Johnson | % 0 |
| Percentage of harm attributable to Alex Thomas, M.D. | % 20 |
| Percentage of harm attributable to PrimeCare, Inc. | % 52 |

TOTAL    100%

Proceed to Question 35.

**Question No. 35 – Punitive Damages**

Do you award punitive damages against Defendant PrimeCare Medical Inc.?

Yes ___✓___          No _____

If Yes state the amount of punitive damages against Defendant PrimeCare Medical Inc.

$ _8,000,000.00_

*Your deliberations have concluded.  The foreperson should sign and date the verdict slip and return it to the Courtroom Deputy.*

## THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.

9-15-2016
DATE

_Gail MacKenzie Brown_
JURY FOREPERSON

(Return to the Courtroom)