THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER PONZINI, ESQUIRE and MIRYEM BARBAROS, as Co-Administrators of the Estate of Mumun Barbaros, Deceased,<br><br>    Plaintiffs,<br>v.<br><br>PRIMECARE MEDICAL, INC. et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   3:11-CV-00413<br>:   (JUDGE MARIANI)<br>:<br>:<br>:<br>: |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(b), and in accordance with the jury verdict rendered in open court on September 15, 2016, **IT IS HEREBY ORDERED THIS 16TH DAY OF SEPTEMBER 2016, THAT JUDGMENT IS ENTERED** as follows:

1. On Plaintiffs' Section 1983 deliberate indifference claim, judgment is entered **IN FAVOR** of Plaintiffs Peter Ponzini and Miryem Barbaros, as Co-Administrators of the Estate of Mumum Barbaros, and **AGAINST** Defendants Paul James, Patricia Bauer, Christina Rowe, Grace Ramos, Alex Thomas M.D., and PrimeCare Medical, Inc. in the amount of **$1,057,344.00.**

2. On Plaintiffs' Section 1983 deliberate indifference claim, judgment is entered **IN FAVOR** of Defendant Wendy Johnson and **AGAINST** Plaintiffs Peter Ponzini and Miryem Barbaros, as Co-Administrators of the Estate of Mumum Barbaros.

3. On Plaintiffs' medical negligence claim brought pursuant to the Pennsylvania Wrongful Death Act and the Pennsylvania Survival Act, judgment is entered **IN FAVOR** of Plaintiffs Peter Ponzini and Miryem Barbaros, as Co-Administrators of the Estate of Mumum Barbaros, and **AGAINST** Defendants Paul James, Patricia Bauer, Christina Rowe, Grace Ramos, Wendy Johnson, Alex Thomas M.D., and PrimeCare Medical, Inc. in the amount of **$2,800,000.00**

4. On Plaintiffs' claim for punitive damages on their medical negligence claim brought pursuant to the Pennsylvania Wrongful Death Act and the Pennsylvania Survival Act, judgment is entered **IN FAVOR** of Plaintiffs Peter Ponzini and Miryem Barbaros, as Co-Administrators of the Estate of Mumum Barbaros, and **AGAINST** Defendant PrimeCare Medical, Inc. in the amount of **$8,000,000.00**

Robert D. Mariani
United States District Judge