## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI, ESQUIRE and  :
MIRYEM BARBAROS, as     :
Co-Administrators of the Estate of :
Mumun Barbaros, Deceased,   :
              :
   Plaintiffs,      :
 v.           :  3:11-CV-00413
              :  (JUDGE MARIANI)
PRIMECARE MEDICAL INC., et al.,  :
              :
   Defendants.     :

### ORDER

AND NOW, THIS 30th DAY OF AUGUST 2017, upon consideration of Dr. Alex

Thomas' "renewed motion [ ] for judgment as a matter of law or, in the alternative, motion for

a new trial or, in the alternative, motion to alter or amend the judgment (remittitur)" (Doc.

354), **IT IS HEREBY ORDERED THAT** Dr. Alex Thomas' motions are **GRANTED IN PART**

**AND DENIED IN PART** as follows:

1. Dr. Alex Thomas' renewed motion for judgment as a matter of law on

   Plaintiffs' section 1983 claim is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 50(c), should the Court of

   Appeals reverse or vacate the Court's entry of judgment as a matter of law

   for Dr. Alex Thomas on Plaintiffs' section 1983 claim, the Court conditionally

   **DENIES** Dr. Thomas' motion for a new trial.

3. Dr. Thomas' motion for judgment as a matter of law on Plaintiffs' negligence claim is **DENIED**.

4. Dr. Thomas' motion for a new trial on Plaintiffs' negligence claim is **DENIED**.

5. Dr. Thomas' motion for a new trial on damages and/or remittitur is **DENIED**.

Robert D. Mariani
United States District Judge