## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI, ESQUIRE and       :
MIRYEM BARBAROS, as       :
Co-Administrators of the Estate of       :
Mumun Barbaros, Deceased,       :
     :
    Plaintiffs,       :
    v.       :    3:11-CV-00413
     :    (JUDGE MARIANI)
PRIMECARE MEDICAL INC., et al.,       :
     :
    Defendants.       :

## ORDER

AND NOW, THIS 30ᵗʰ DAY OF AUGUST 2017, upon consideration of Plaintiffs

Peter Ponzini and Miryem Barbaros' motion for attorney's fees and expenses, (Doc. 348),

and motion for delay damages, (Doc. 346), **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs Peter Ponzini and Miryem Barbaros' motion for attorney's fees and

   expenses is **DENIED WITHOUT PREJUDICE**.

2. Plaintiffs Peter Ponzini and Miryem Barbaros' motion for delay damages is

   **GRANTED**.  Delay damages in the amount of $466,488.04 will be added to

   the jury's compensatory damages award.

Robert D. Mariani
United States District Judge