THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER PONZINI, ESQUIRE and :
MIRYEM BARBAROS, as :
Co-Administrators of the Estate of :
Mumun Barbaros, Deceased, :
 :
      Plaintiffs, :
v. : 3:11-CV-00413
 : (JUDGE MARIANI)
PRIMECARE MEDICAL, INC. et al., :
 :
      Defendants. :

## AMENDED JUDGMENT

Pursuant to Federal Rules of Civil Procedure 50, 58, and 59 and in accordance with the Court's memorandum opinion and orders granting in part and denying in part and the parties' post-trial motions, (Docs. 399-402), **IT IS HEREBY ORDERED THIS 30th DAY OF AUGUST 2017, THAT THE JUDGMENT ENTERED ON SEPTEMBER 16, 2016 (DOC. 338), IS AMENDED AS FOLLOWS**:

1. On Plaintiffs' section 1983 claim, judgment is entered **IN FAVOR** of Defendants Paul James, Patricia Bauer, Christina Rowe, Grace Ramos, Dr. Alex Thomas, and PrimeCare Medical, Inc. and **AGAINST** Plaintiffs Peter Ponzini and Miryem Barbaros, as Co-Administrators of the Estate of Mumun Barbaros.

2. On Plaintiffs' medical negligence claim brought pursuant to the Pennsylvania Wrongful Death Act and the Pennsylvania Survival Act, judgment is entered **IN FAVOR** of Plaintiffs Peter Ponzini and Miryem Barbaros, as Co-Administrators of the

Estate of Mumun Barbaros, and **AGAINST** Defendants Paul James, Patricia Bauer, Christina Rowe, Grace Ramos, Wendy Johnson, Alex Thomas M.D., and PrimeCare Medical, Inc. in the amount of **$2,800,000.00**. Delay damages in the amount of **$466,488.04** shall be added to the compensatory damage award for a total amount of **$3,266,488.04**.

3. On Plaintiffs' claim for punitive damages on their medical negligence claim brought pursuant to the Pennsylvania Wrongful Death Act and the Pennsylvania Survival Act, judgment is entered **IN FAVOR** of Defendant PrimeCare Medical, Inc., and **AGAINST** Plaintiffs Peter Ponzini and Miryem Barbaros, as Co-Administrators of the Estate of Mumun Barbaros.

Robert D. Mariani
United States District Judge