UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 17-2921 & 17-3133
_____

PETER PONZINI; MIRYEM BARBAROS
as Co-Administrators of the Estate of
Mumun Barbaros, deceased,
                    Appellants
v.

MONROE COUNTY; WARDEN DONNA M. ASURE;
RICH CUTH; CPT. GEORGE KUMBURIS;
CO JESSE CLEARE; CO J. PARKER;
CO ROBERT OVERFIELD; CO GARY MOWRY;
CO NORMA L. ELMORE; CO ERIN DEVERS;
SGT. HAIDLE; PRIMECARE MEDICAL INC.;
DR. ALEX THOMAS; DR. WILLIAM BUFFTON;
DR. DEBORAH WILSON; CHRISTINA ROWE;
PATRICIA BAUER; WENDY JOHNSON;
C. ROVE; PAUL S. JAMES;
NURSE GRACE RAMOS; JOHN DOE, PSS;
JOHN DOE I; JOHN DOE II, JOHN DOE III;
JOHN DOE IV; JOHN DOE V

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 3-11-cv-00413)
District Judge: Hon. Robert D. Mariani
_____

Argued: March 14, 2019
_____

Before:  McKEE, ROTH, and FUENTES, *Circuit Judges*.

_____

JUDGMENT

_____

This case came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on March 14, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on August 30, 2017 will be REVERSED insofar as it grants judgment notwithstanding the verdict on the award of punitive damages, and AFFIRMED insofar as it denies Appellees' motion for a new trial.

All of the above in accordance with the opinion of this Court. Each party to bear own costs.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: November 21, 2019