

**EDWARD F. CHACKER\***
**BRIAN S. CHACKER\*\***
**NICHOLAS S. KAMAU\*\***
**JAMES. A. WELLS \*\***

**CENTER CITY OFFICE**
1731 Spring Garden Street
Philadelphia, PA. 19130-3915
(215) 567-7955 FAX (215) 567-6809

\*Member PA Bar Only
\*\*   Member PA & NJ. Bars

April 24, 2020

<u>Via Court's E-Filing</u>
The Honorable Robert D. Mariani
U.S. District Court -Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

       RE:   <u>Estate of Mumun Barbaros v. Monroe County, et al.</u>
              U.S.D.C. for the Middle District, Docket No. 3:11-CV-413

Dear Judge Mariani,

    I write to inform your Honor that on January 12, 2018 the plaintiff executed a settlement agreement with Dr. Thomas in the above referenced matter. I respectfully request that Your Honor enter an Order marking the case as to Dr. Thomas settled.

    If Your Honor has any questions, please do not hesitate to contact me. Thank you.

                      Respectfully,

                      *Brian S. Chacker*
                      Brian S. Chacker

BSC/kr

cc:   Robert L. Byer, Esquire (via ECF Filing system)
       Andrew R. Sperl, Esquire (via ECF Filing system)
       John R. Ninosky, Esquire (via ECF Filing system)
       John R. Hill, Esquire (via ECF Filing system)
       Gerard J. Geiger, Esquire (via ECF Filing system)