IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER PONZINI, ESQUIRE and : | |
| MIRYEM BARBAROS, as : | |
| Co-Administrators of the Estate of : | No. 3:11-cv-0413 |
| MUMUN BARBAROS, deceased : | (Judge Robert D. Mariani) |
| Plaintiffs, : | |
| v. : | |
| : | |
| MONROE COUNTY, et al. : | |
| Defendants. : | |

## ORDER TO MARK JUDGMENT SATISFIED

TO THE CLERK:

Please mark the District Court's Judgment of September 16, 2016 against PrimeCare Medical, Inc., Paul James, Patricia Bauer, Christina Rowe, Wendy Johnson and Grace Ramos Huertas, as amended by this Court's August 30, 2017 Order Amending Judgment, and as partially reinstated as to punitive damages against PrimeCare Medical, Inc. by the Third Circuit's November 21, 2019 Order entering Judgment, as "SATISFIED."

*Brian S. Chacker*
BRIAN S. CHACKER, ESQUIRE
GAY & CHACKER, P.C.
1731 Spring Garden Street
Philadelphia, PA  19130
(215) 567-7955
fax: (215) 567-6809

**Attorneys for Plaintiffs**

Date:  May 8, 2020

1

## CERTIFICATE OF SERVICE

I, Brian S. Chacker, hereby certify that a true and correct copy of the forgoing Plaintiffs' Order to Mark the Judgement Satisfied was served this 8th day of May, 2020, via electronic filing system upon the following:

GERARD J. GEIGER, ESQUIRE
ggeiger@newmanwilliams.com

JOHN R. NINOSKY, ESQUIRE
jrn@jdsw.com

JOHN R. HILL, ESQUIRE
jrh@theperrylawfirm.com

ROBERT L. BYER, ESQUIRE
rlbyer@duanemorris.com

ANDREW R. SPERL, ESQUIRE
arsperl@duanemorris.com

*Brian S. Chacker*
BRIAN S. CHACKER